**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____
:
ALVIN CONERLY,                      :
                                    : Civil Action No. 10-5487(NLH)
Petitioner,                         :
                                    :
v.                                  : **ORDER**
                                    :
UNITED STATES PAROLE                :
COMMISSION,                         :
                                    :
Respondent.                         :
_____:

    For the reasons set forth in the accompanying Opinion filed on this date,

    IT IS on this __3rd___ day of _April_____, 2012,

    ORDERED that the Petition for a Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241 is hereby DENIED; and it is further

    ORDERED that the Clerk of the Court shall mark this matter closed.

    _s/ Noel L. Hillman_____
    NOEL L. HILLMAN
    United States District Judge